IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SABRI CAULK, | § | |
| | § | No. 567, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | |
| | § | Superior Court of the |
| STATE OF DELAWARE, | § | State of Delaware |
| | § | |
| | § | Cr. I.D. No. 1501006974 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  June 8, 2016
Decided:  June 9, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 9th day of June 2016, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of September 14, 2015.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Sentence Order, dated October 13, 2015, is also hereby affirmed.